

```
     FILED          RECEIVED
     ENTERED        SERVED ON
                COUNSEL/PARTIES OF RECORD

           MAY 2 4 2011

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
  BY:                        DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  CRISTINA D. SILVA
   Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, NV 89101
4  (702) 388-6336 (Phone)
   (702) 388-6418 (Fax)
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
     v.                            )    2:10-CR-483-HDM (GWF)
                                   )
                                   )
JESUS REQUENA,                     )
                                   )
            Defendant.             )
_____)


**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 24, 2011, defendant JESUS REQUENA, pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JESUS REQUENA, pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

      a.    one (1) .32 caliber revolver, unknown make and model, serial number 2767; and

      b.    any and all ammunition ("property").

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  JESUS REQUENA, in the aforementioned property is forfeited and is vested in the United States of
7  America and shall be safely held by the United States of America until further order of the Court.
8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12 the name and contact information for the government attorney to be served with the petition, pursuant
13 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18 following address at the time of filing:

19  DANIEL D. HOLLINGSWORTH
    United States Attorney
20  MICHAEL A. HUMPHREYS
    Assistant United States Attorney
21  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
22  Las Vegas, Nevada 89101

23  . . .
24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 24th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE